```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

Jerel Anderson,                 :
AIS #235137,                    :
                                :
     Plaintiff,                 :
                                :
vs.                             :    CIVIL ACTION 15-648-WS-M
                                :
Monica Mcoy,                    :
                                :
     Defendant.                 :
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action is hereby DISMISSED with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 13th day of May, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE