```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

Jerel Anderson,                  :
AIS #235137,                     :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :       CIVIL ACTION 15-648-WS-M
                                 :
Monica Mcoy,                     :
                                 :
    Defendant.                   :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that this action is hereby DISMISSED with prejudice.

DONE this 13th day of May, 2016.

                                             s/WILLIAM H. STEELE
                                             CHIEF UNITED STATES DISTRICT JUDGE